UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| USA,<br>         Plaintiff,<br>   v.<br>FLORENCE KONG,<br>         Defendant. | Case No.  20-mj-70684-JCS-1   (LB)<br><br>**ORDER FOR RELEASE FROM FEDERAL CUSTODY** |

The defendant appeared before the undersigned United States Magistrate Judge. For good cause shown, IT IS HEREBY ORDERED that the United States Marshal and/or his representatives release from federal custody the above-named defendant.

**IT IS SO ORDERED.**

Dated: June 8, 2020  _____

LAUREL BEELER
United States Magistrate Judge

ORDER FOR RELEASE 20-mj-70684-JCS-1